# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**CHASITY PERRY,**

     **Plaintiff,**

**vs.**                         **CASE NO. 5:10-cv-52/RS-MD**

**DEPARTMENT OF CORRECTIONS,**
**STATE OF FLORIDA,**

     **Defendant.**
_____/

## ORDER

The relief requested in Plaintiff's Motion in Limine (Doc. 51) is **DENIED**.

Rulings regarding the admissibility of the disputed recording will be made at trial by way

of proffer.

**ORDERED** on November 29, 2010

                         /S/ Richard Smoak
                         **RICHARD SMOAK**
                         **UNITED STATES DISTRICT JUDGE**